IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHODE ISLAND AFL-CIO, et al.

*Plaintiffs,*

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.

*Defendants.*

Case No. 1:2025-cv-00510-MSM-PAS

**JOINT MOTION AND STIPULATION TO SET CASE SCHEDULE**

The parties jointly move to set a briefing schedule that will govern the forthcoming motion to transfer, the parties' cross-motions for summary judgment, and for related relief outlined below.

Plaintiffs filed their Complaint in this matter on October 6, 2025, and completed service of the Complaint on Defendants on October 14, 2025. Defendants' current deadline to respond to the Complaint is December 15, 2025.

Defendants intend to file a motion to transfer this case to the U.S. District Court for the District of Columbia, to be consolidated with *Harris County v. U.S. Environmental Protection Agency*, No. 1:25-cv-03646 (D.D.C.), no later than December 1, 2025. Plaintiffs oppose transfer.

The parties have conferred on multiple occasions since this matter was filed and agree that, if the Court does not transfer this case, it can be resolved through briefing cross-motions for summary judgment following Defendants' production of the administrative record.

Accordingly, the parties respectfully request that the Court enter an order providing that:

1. Defendants are not required to respond to the Complaint under Federal Rule of Civil Procedure 12.

2. Defendants will file a motion to transfer this case to the U.S. District Court for the District of Columbia no later than **December 1, 2025**. Plaintiffs will respond to the motion by

1

**December 8, 2025**.  If Defendants choose to file a reply, it will be filed no later than **December 15, 2025**.

3. Defendants will produce the administrative record to Plaintiffs' counsel on **January 16, 2026**.

4. If the Court denies Defendants' motion to transfer, the parties have agreed to the following briefing schedule:

- **February 6, 2026** – Plaintiffs file motion for summary judgment
- **March 6, 2026** – Defendants file cross-motion and response to summary judgment
- **March 20, 2026** – Plaintiffs file response to cross-motion
- **April 3, 2026** – Defendants file reply brief

5. If the Court grants the motion to transfer *on or before* February 5, 2026, the schedule above is no longer in effect, and the parties will confer regarding a new schedule to be proposed in the transferee court.

6. If the Court denies the motion to transfer *on or after* February 6, 2026, the parties will file a joint stipulation amending the above case schedule.  In the amended stipulation, all deadlines will be shifted, starting with Plaintiffs' deadline to file their motion for summary judgement motion, which will be set for one week from the day the Court issues its decision, and all other time periods between deadlines will remain the same.

7. In light of the foregoing, the parties are relieved of all other pending case management and pre-trial obligations, including: exchanging initial disclosures; filing a discovery plan under Rule 26(f); and Defendants' obligation to respond to the Complaint under Federal Rule of Civil Procedure 12.

DATED this 25th day of November 2025.

2

*/s/   Nicholas S. Torrey*
Nicholas S. Torrey (N.C. Bar No. 43382)
Banumathi Rangarajan (N.C. Bar No. 27311)
David Neal (N.C. Bar No. 27992)
Kimberley Hunter (N.C. Bar No. 41333)
Jennifer Whitfield (D.C. Bar No. 983212)
Ben Grillot (D.C. Bar No. 982114)
Southern Environmental Law Center
136 E. Rosemary St., Suite 500
Chapel Hill, NC 27514
Telephone: (919) 967-1450
Facsimile: (919) 347-929-9421
ntorrey@selc.org
brangarajan@selc.org
dneal@selc.org
kmeyer@selc.org
jwhitfield@selc.org
bgrillot@selc.org

*/s/ Amy R. Romero*
Amy R. Romero (RI Bar # 8262)
Kevin Love Hubbard (MA Bar #704772)
DeLuca, Weizenbaum, Barry & Revens, Ltd.
199 North Main Street
Providence, RI 02903
Telephone: (401) 453-1500
Amy@dwbrlaw.com
Kevin@dwbrlaw.com
Cooperating counsel, Lawyers' Committee for RI

*/s/ James Crowley*
James Crowley (R.I. Bar No. 9405)
Alexandra St. Pierre (MA Bar No. 706739)
Conservation Law Foundation
235 Promenade St.

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

KIRK T. MANHARDT
Director

KEVIN P. VANLANDINGHAM
Assistant Director

*/s/     Tiffiney F. Carney*
TIFFINEY F. CARNEY
Trial Attorney
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
Washington, DC 20005
(202) 598-7521
tiffiney.carney@usdoj.gov

*Attorneys for Defendants*

Suite 560, Mailbox 28
Providence, RI 02908
Telephone: (401) 228-1905
Facsimile: (401) 351-1130
jcrowley@clf.org
aestpierre@clf.org

*/s/ Gary DiBianco*
Gary DiBianco (D.C. Bar No. 458669)
Jillian Blanchard (CA Bar No. 203593)
Amy Powell (N.C. Bar No. 50300)
Larissa Koehler (CA Bar No. 289581)
Lawyers for Good Government
6218 Georgia Avenue NW, # 5001
Washington, D.C. 20011
Telephone: (202) 258-6826
Gary@lawyersforgoodgovernment.org
Jillian@lawyersforgoodgovernment.org
amy@lawyersforgoodgovernment.org
Larissa@lawyersforgoodgovernment.org

*Counsel for Plaintiffs*