IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND AFL-CIO, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.<br><br>*Defendants.* | Case No. 25-cv-00510-MSM-PAS |

### JOINT MOTION TO WAIVE STATEMENT OF UNDISPUTED FACTS

The parties, by and through their undersigned counsel, respectfully move the Court to waive the requirement that the parties submit Statements of Undisputed Facts and responses thereto pursuant to Local Civ. R. 56(a) in conjunction with their respective motions for summary judgment.

| | |
|---|---|
| /s/ Kevin Love Hubbard<br>Amy R. Romero (RI Bar # 8262)<br>Kevin Love Hubbard* (MA Bar #704772)<br>DeLuca, Weizenbaum, Barry & Revens, Ltd.<br>199 North Main Street<br>Providence, RI 02903<br>Telephone: (401) 453-1500<br>Amy@dwbrlaw.com<br>Kevin@dwbrlaw.com<br>Cooperating counsel, Lawyers' Committee for RI<br><br>/s/  Nicholas S. Torrey<br>Nicholas S. Torrey* (N.C. Bar No. 43382)<br>Banumathi Rangarajan* (N.C. Bar No. 27311)<br>David Neal* (N.C. Bar No. 27992)<br>Kimberley Hunter* (N.C. Bar No. 41333)<br>Jennifer Whitfield* (D.C. Bar No. 983212)<br>Ben Grillot* (D.C. Bar No. 982114)<br>Southern Environmental Law Center | Brett A. Shumate<br>Assistant Attorney General<br>Civil Division<br><br>Kirk T. Manhardt<br>Director<br><br>Kevin P. Vanlandingham<br>Assistant Director<br><br>/s/ Tiffiney F. Carney<br>Tiffiney F. Carney<br>I-Heng Hsu<br>Trial Attorneys<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>1100 L St. NW<br>Washington, DC 20005 |

1

| | |
|---|---|
| 136 E. Rosemary St., Suite 500<br>Chapel Hill, NC 27514<br>Telephone: (919) 967-1450<br>Facsimile: (919) 347-929-9421<br>ntorrey@selc.org<br>brangarajan@selc.org<br>dneal@selc.org<br>kmeyer@selc.org<br>jwhitfield@selc.org<br>bgrillot@selc.org | (202) 598-7521<br>tiffiney.carney@usdoj.gov<br>i-heng.hsu@usdoj.gov<br><br>*Attorneys for Defendants* |

/s/ James Crowley
James Crowley (R.I. Bar No. 9405)
Alexandra St. Pierre* (MA Bar No. 706739)
Conservation Law Foundation
235 Promenade St.
Suite 560, Mailbox 28
Providence, RI 02908
Telephone: (401) 228-1905
Facsimile: (401) 351-1130
jcrowley@clf.org
aestpierre@clf.org

/s/ Gary DiBianco
Gary DiBianco* (D.C. Bar No. 458669)
Jillian Blanchard* (CA Bar No. 203593)
Amy Powell* (N.C. Bar No. 50300)
Larissa Koehler* (CA Bar No. 289581)
Lawyers for Good Government
6218 Georgia Avenue NW, # 5001
Washington, D.C. 20011
Telephone: (202) 258-6826
Gary@lawyersforgoodgovernment.org
Jillian@lawyersforgoodgovernment.org
amy@lawyersforgoodgovernment.org
Larissa@lawyersforgoodgovernment.org

*Counsel for Plaintiffs*

*Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2026, the foregoing Joint Motion to Waive Statements of Undisputed Facts was filed through the Court's electronic filing system ("ECF"), by which means the document is available for viewing and downloading from the ECF system.

                                                */s/ Kevin Love Hubbard*
                                                Kevin Love Hubbard