# EXHIBIT 2

# Declaration of Nicholas Torrey

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| **RHODE ISLAND AFL-CIO**<br><br>**RHODE ISLAND CENTER FOR JUSTICE**<br><br>**ANH NGUYEN**<br><br>**SOLAR UNITED NEIGHBORS**<br><br>**SUNPATH CONSULTING LLC d/b/a SUNPATH SOLAR**<br><br>**2KB ENERGY SERVICES, LLC**<br><br>**ENERGY INDEPENDENT SOLUTIONS**<br><br>**BLACK SUN LIGHT SUSTAINABILITY**<br><br>*Plaintiffs,*<br><br>v.<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br><br>**LEE ZELDIN**, in his official capacity as Administrator of the United States Environmental Protection Agency<br><br>*Defendants.* | Case No. 1:25-cv-00510-MSM-PAS |

**DECLARATION OF NICHOLAS S. TORREY**

I, Nicholas S. Torrey, hereby declare as follows:

1.      I am a Senior Attorney at the Southern Environmental Law Center, where I have been employed since 2011. I make the following factual statements based on my personal knowledge and belief.

2.      On February 25, 2026, I arranged for Veritext Legal Solutions to transcribe EPA's portions of a hearing the previous day in *Climate United Fund v. Citibank N.A.*, No. 25-5122 (D.C. Cir.) (en banc), from an audio recording of the hearing provided by the D.C. Circuit on its official YouTube channel at this web address: https://www.youtube.com/watch?v=h2BJ_Hp6jtY. I provided the above web address to Veritext and requested a transcript from the beginning of the recording through timestamp 1:29:12 and then from timestamp 2:47:58 through the end of the recording.

3.      Attached as **Exhibit 1** is an excerpt from a true and correct copy of the transcript Veritext delivered in response to my request.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on March 19, 2026, in Chapel Hill, North Carolina.


/s/ Nicholas S. Torrey_____
Nicholas S. Torrey