**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| RHODE ISLAND AFL-CIO, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br>*Defendants*. | No. 1:25-cv-00510-MSM-PAS |

## NOTICE OF APPEAL

Pursuant to Rules 3 and 4(a)(1) of the Federal Rules of Appellate Procedure, Defendants, the Environmental Protection Agency ("EPA"), and Lee Zeldin, in his official capacity as EPA Administrator, hereby notice their appeal to the United States Court of Appeals for the First Circuit from the Judgment entered in this case on September 18, 2026, Doc. No. 49, and all orders and opinions merged therein, including but not limited to the Memorandum and Order dated September 18, 2026, Doc. No. 48.

Dated: November 17, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General
Civil Division

MARC S. SACKS
Deputy Director

KEVIN P. VANLANDINGHAM
Assistant Director

*<u>/s/ I-Heng Hsu</u>*
TIFFINEY F. CARNEY
I-HENG HSU
BETHANY R. THERIOT
Trial Attorneys
U.S. Department of Justice, Civil Division
Commercial Litigation Branch
1100 L Street NW
Washington, DC 20005
(202) 616-3619
tiffiney.carney@usdoj.gov
i-heng.hsu@usdoj.gov
bethany.theriot@usdoj.gov

*Attorneys for Defendants*